IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GMAC Global Relocation Services, LLC.,

        Plaintiff,

    v.

Jane "Jamie" M. Herring,

        Defendant.

No. CV 06-887-MO

ORDER

On November 6, 2007, the court ordered (#70) defendant, Jane "Jamie" M. Herring, to appear in writing within 20 days to respond to plaintiff's Motion for Partial Summary Judgment (#61), and to show cause why the court should not grant plaintiff's Motion for Partial Summary Judgment. Defendant, Jane "Jamie" M. Herring, failed to respond. Therefore, plaintiff's Motion for Partial Summary Judgment (#61) is GRANTED.

IT IS ORDERED AND ADJUDGED that a Judgment be entered against the above defendant, Jane "Jamie" M. Herring. Plaintiff is to prepare the Judgment for signature.

Dated this  29th  day of  November , 2007.

        by /s/ Michael W Mosman
           Michael W. Mosman
           United States District Judge